**ORIGINAL**

**FILED**
DEC - 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| RICARDO ANTONIO SANCHEZ | ) Case No. 07-50760 SLJ |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2480297 for an unclaimed dividend in the amount of $1.74. The name and address of the claimant entitled to the unclaimed dividend is as follows;

RICARDO ANTONIO SANCHEZ
902 PALM ST
SAN JOSE, CA 95110-3032

Dated: December 02, 2010

DEVIN DERHAM-BURK, TRUSTEE